**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**MARIO BROWN,**                                                             **PLAINTIFF**

**V.**                                                        **NO. 2:07CV168-P-D**

**COAHOMA COUNTY SHERIFF DEPT., et al.,**                      **DEFENDANTS**

## ORDER

In accordance with the opinion issued this day,

1. Plaintiff's claims regarding the use of disposable utensils, mail tampering, and verbal threats are DISMISSED with prejudice; and
2. Plaintiff's claim for denial of medical treatment shall proceed.

**IT IS SO ORDERED.**

THIS the 22nd day of October, 2007.

                                                                    /s/ W. Allen Pepper, Jr.
                                                                    W. ALLEN PEPPER, JR.
                                                                    UNITED STATES DISTRICT JUDGE