IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**MARIO BROWN,**     **PLAINTIFF**

**V.**     **NO. 2:07CV168-P-D**

**COAHOMA COUNTY SHERIFF DEPT., et al.,**     **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated February 27, 2008, was on that date duly served by mail upon Plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party.[1] The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated February 27, 2008, is hereby APPROVED and ADOPTED as the opinion of the court;

2) the complaint is DISMISSED with prejudice; and

3) this case is CLOSED.

THIS the 27th day of March, 2008.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE

---

[1] Additionally, mail sent to Plaintiff has been returned as undeliverable. Thus, in direct contravention of court orders, Plaintiff has failed to keep the court informed of his current address. For this reason and consistent with prior warnings, his complaint is also subject to dismissal.